UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KENTA RUHUMBIKA,

    Plaintiff,                             Case No. 23-cv-11803
                                               Hon. Matthew F. Leitman

v.

DELTA FIRST AMERICA
TRANSIT/TRANSDEV,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: August 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2023, by electronic means and/or ordinary mail.

                                               s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126